UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-20788-Civ-Scola

SERGIO CRUZ,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD., a
Liberian Corporation, MILDRED ARCHBOLD MD.,
an individual

    Defendants.
_____/

## PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW

Counsel for the Plaintiff, Michael T. Flanagan and Lauren Flanagan of Flanagan Personal Injury & Wrongful Death Law Firm, P.A., hereby file this Motion to Withdraw, and in support thereof states as follows:

1. This is a negligence case involving Plaintiff's injury onboard a cruise ship.

2. Counsel is unable to go forward as counsel for the Plaintiff in this matter.

3. Good cause exists for counsel's withdrawal in this matter.

4. This motion has been provided to the Plaintiff via e-mail and lengthy discussions have been had via telephone and e-mail with the Plaintiff about the circumstances that form the basis for this motion prior to filing.

5. Counsel respectfully requests that the Plaintiff be permitted forty-five days to retain new counsel, or to otherwise advise the Court that he will proceed *pro se.*

**WHEREFORE**, Michael T. Flanagan and Lauren Flanagan of Flanagan Personal Injury & Wrongful Death Law Firm, P.A., respectfully request that this Honorable Court enter an Order

granting this Motion to Withdraw and for any further relief deemed necessary and proper.

## CERTIFICATE OF LOCAL RULE 7.1 CONFERENCE

I HEREBY CERTIFY that I have conferred with all interested parties including the Plaintiff and counsel for Defendant regarding the instant motion. Defendant's counsel has advised that Defendant has no objection to the instant motion and agrees that it is reasonable to permit the Plaintiff forty-five days to retain new counsel. Counsel has been unable to confirm Plaintiff's position on the issue despite their best efforts to obtain same via telephone, text message, and e-mail.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 22, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive notices of filing.

**FLANAGAN PERSONAL INJURY & WRONGFUL DEATH LAW FIRM, P.A.**
*Counsel for Plaintiff*
2 Alhambra Plaza, Suite 620
Coral Gables, Florida 33134
Tel: (305) 638 – 4143
Fax: (305) 397 - 2636

BY   */s/ Michael T. Flanagan*
Michael T. Flanagan, Esq.
Fla. Bar. 0091072
Primary E-mail: mtf@Florida-Justice.com
Sec. E-mail: mtfassistant@Florida-Justice.com
Lauren DeFabio Flanagan, Esq.
Fla. Bar. 84121
E-mail: ldf@Florida-Justice.com

**SERVICE LIST**

SERGIO CRUZ vs. ROYAL CARIBBEAN CRUISES, LTD., a
Liberian Corporation, MILDRED ARCHBOLD., MD., an individual

CASE NO.: 20-20788-Civ-Scola

| **FLANAGAN PERSONAL INJURY & WRONGFUL DEATH LAW FIRM, P.A.** | **ROYAL CARIBBAEN CRUISES, LTD.,** |
|---|---|
| Michael T. Flanagan, Esq. | Randy S. Ginsberg, Esq. |
| mtf@florida-justice.com | Attorneys for Royal Caribbean Cruises, Ltd., |
| mtfassistant@florida-justice.com | 1080 Caribbean Way |
| Lauren DeFabio Flanagan | Coral Gables, Florida 33134 |
| ldf@florida-justice.com | Telephone (305) 539-6327 |
| 2 Alhambra Plaza | Facsimile (305) 539-6561 |
| Suite # 620 | rginsberg@rccl.com |
| Coral Gables, Florida 33134 | carolinaroldan@rccl.com |
| Telephone: (305) 638-4143 | jbaez@rccl.com |
| Facsimile: (305) 397-2636 | |
| *Attorneys for Plaintiff* | |
| Sergio Cruz | |
| 523 7th Street NE | |
| Winterhaven, FL 33881 | |
| elunicochino@msn.com | |
| *Plaintiff* | |