UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  20-20788-Civ-Scola

SERGIO CRUZ,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD., a
Liberian Corporation, MILDRED ARCHBOLD MD.,
an individual

    Defendants.

_____/

## **PLAINTIFF'S COUNSEL'S AMENDED MOTION TO WITHDRAW**

    Counsel for the Plaintiff, Michael T. Flanagan and Lauren Flanagan of Flanagan Personal Injury & Wrongful Death Law Firm, P.A., hereby file this Amended Motion to Withdraw, and in support thereof state as follows:

    1.    This is a negligence case involving Plaintiff's injury onboard a cruise ship.

    2.    Counsel is unable to go forward as counsel for Plaintiff in this matter because a material and fundamental disagreement between counsel and Plaintiff has arisen in the past two weeks.  This fundamental disagreement involves matters that are central to this litigation.[1]  Counsel and Plaintiff have discussed these issues at length, and it has become clear that no agreement will ever be reached and these differences are thus, irreconcilable. *See Patienttrac Information Technology Corp. v. Universal Counseling Services, Inc.,* 2012 WL 12902741 (S.D. Fla. 2002)(J.

---

[1] Counsel is mindful of their obligation to maintain attorney-client privilege, therefore, more detailed information is not being provided to the Court.

Scola)(granting motion to withdraw based on "irreconcilable differences."). Thus, counsel wish to withdraw due to these fundamental irreconcilable differences.

3. The comment to Florida Bar Rule 4-1.2 states, in part:

"On occasion, however, a lawyer and a client may disagree about the means to be used to accomplish the client's objectives. The lawyer should consult with the client and seek a mutually acceptable resolution of the disagreement. If such efforts are unavailing and the lawyer has a fundamental disagreement with the client, the lawyer may withdraw from the representation. See Rule 4-1.16(b)(2)."

4. Florida Bar Rule 4-1.16(b)(2) permits withdrawal if the client insists upon taking an action with which the lawyer has a fundamental disagreement or that the lawyer considers imprudent.

5. The comment to Florida Bar Rule 4-1.16 states, in part:

"The lawyer's statement that professional considerations require the termination of representation ordinarily should be accepted as sufficient. Lawyers should be mindful of their obligations to both clients and the court under Rules 4-1.6 and 4-3.3."

6. Due to the nature of the irreconcilable differences regarding matters central to this litigation, good cause exists for counsel's withdrawal.[2]

7. Trial in this matter is scheduled to occur in April 2021, therefore, no party will be prejudiced by counsels' withdrawal at this time and the prosecution of this matter will not be hindered by their withdrawal. Plaintiff has ample time to retain new counsel without impeding the prosecution of this matter and it is the undersigned's understanding that the Plaintiff is already in the process of retaining new counsel.

---

[2] Counsel notes that the present circumstances do not fall within the circumstances requiring *mandatory* withdrawal under the Florida Bar Rules, however, the circumstances do fall within the circumstances under which counsel *may* withdraw. Further, counsel have been mindful of their duty to maintain the Plaintiff's confidences while also balancing the Court's demand for more information about why counsel wish to withdraw.

8. This motion is being provided to the Plaintiff via e-mail and lengthy discussions have been had via telephone and e-mail with the Plaintiff about the circumstances that form the basis for the original Motion to Withdraw prior to filing.

9. Counsel respectfully requests that the Plaintiff be permitted forty-five days to retain new counsel, or to otherwise advise the Court that he will proceed *pro se.*

**WHEREFORE**, Michael T. Flanagan and Lauren Flanagan of Flanagan Personal Injury & Wrongful Death Law Firm, P.A., respectfully request that this Honorable Court enter an Order granting this Amended Motion to Withdraw and for any further relief deemed necessary and proper.

## CERTIFICATE OF LOCAL RULE 7.1 CONFERENCE

I HEREBY CERTIFY that I have conferred with all interested parties including the Plaintiff and counsel for Defendant regarding the instant motion. Defendant's counsel has advised that Defendant has no objection to the instant motion and agrees that it is reasonable to permit the Plaintiff forty-five days to retain new counsel. Counsel has been unable to confirm Plaintiff's position on the motion despite their best efforts to obtain same via telephone, text message, and e-mail.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 26, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive notices of filing.

**FLANAGAN PERSONAL INJURY & WRONGFUL DEATH LAW FIRM, P.A.**
*Counsel for Plaintiff*
2 Alhambra Plaza, Suite 620
Coral Gables, Florida 33134
Tel: (305) 638 – 4143
Fax: (305) 397 - 2636

BY   */s/ Michael T. Flanagan*
Michael T. Flanagan, Esq.
Fla. Bar. 0091072
Primary E-mail:  mtf@Florida-Justice.com
Sec. E-mail: mtfassistant@Florida-Justice.com
Lauren DeFabio Flanagan, Esq.
Fla. Bar. 84121
E-mail: ldf@Florida-Justice.com

## SERVICE LIST

SERGIO CRUZ vs. ROYAL CARIBBEAN CRUISES, LTD., a
Liberian Corporation, MILDRED ARCHBOLD., MD., an individual

CASE NO.: 20-20788-Civ-Scola

| **FLANAGAN PERSONAL INJURY & WRONGFUL DEATH LAW FIRM, P.A.**<br>Michael T. Flanagan, Esq.<br>mtf@florida-justice.com<br>mtfassistant@florida-justice.com<br>Lauren DeFabio Flanagan<br>ldf@florida-justice.com<br>2 Alhambra Plaza<br>Suite # 620<br>Coral Gables, Florida 33134<br>Telephone: (305) 638-4143<br>Facsimile: (305) 397-2636<br><br>*Attorneys for Plaintiff*<br><br>Sergio Cruz<br>523 7th Street NE<br>Winterhaven, FL 33881<br>elunicochino@msn.com<br>*Plaintiff* | **ROYAL CARIBBAEN CRUISES, LTD.,**<br>Randy S. Ginsberg, Esq.<br>Attorneys for Royal Caribbean Cruises, Ltd.,<br>1080 Caribbean Way<br>Coral Gables, Florida 33134<br>Telephone (305) 539-6327<br>Facsimile (305) 539-6561<br>rginsberg@rccl.com<br>carolinaroldan@rccl.com<br>jbaez@rccl.com |