United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Sergio Cruz, Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-20788-Civ-Scola |
| ) | |
| Royal Caribbean Cruises Ltd. and ) | |
| Mildred Archbold, M.D., Defendant. | |

**Order Granting Motion To Withdraw As Counsel**

Michael T. Flanagan and Lauren Flanagan of Flanagan Personal Injury & Wrongful Death Law Firm, P.A. ask the Court for permission to withdraw from representing the Plaintiff in this matter because a "fundamental disagreement involv[ing] matters that are central to this litigation." (Mot. to Withdraw, ECF No. 26.) Withdrawal is permissive when the client insists upon taking an action with which the lawyer has a fundamental disagreement or that the lawyer considers imprudent. Pursuant to Rule 4-1.16(b) of the Florida Rules of Professional Conduct, an attorney may withdraw from representing a client if, after seeking and failing to find a mutually acceptable resolution of the disagreement, "the lawyer has a fundamental disagreement with the client, and the lawyer may withdraw from representation." Additionally, here, opposing counsel does not object to counsel's withdrawal. Therefore, the Court **grants** plaintiff counsel's motion (**ECF No. 26**) and additionally orders as follows:

1. The Plaintiff must either (a) retain new counsel and have that counsel file a Notice of Appearance with the Court by **August 13, 2020**, or (b) file a notice with the Court by **August 13, 2020**, stating that he wishes to represent himself (i.e., proceed *pro se*). If the individual Plaintiff fails to do either (a) or (b) by that date, the Court will strike your pleadings and dismiss the case.

2. Any attorney filing an appearance on behalf of the Plaintiff shall be required to comply with all discovery requests and the deadlines set forth in the Court's scheduling order(s) in a timely fashion.

3. Until the Plaintiff retains counsel, all future filings, correspondence, and orders must be sent to the Plaintiff's address. The Plaintiff is directed to file a **Notice of Current Address** with updated contact information by **July 6, 2020** in compliance with Southern District of Florida Local Rule 11.1(g).

**Done and ordered** at Miami, Florida on June 29, 2020.

                                                   _____
                                                   Robert N. Scola, Jr.
                                                   United States District Judge